Form To Be Used By Prisoners In Filing A Complaint
Under The Civil Rights Act, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

MAY 10  2 16 PM '02

CLERK
BY _____
DEPUTY CLERK

MANUEL NOBREGA / A/K/A
SALVADOR DENOBREGA
_____

(Enter above the full name of the Plaintiff or
Plaintiffs in this action)

vs.

Civil Action No. 2:02-CV- 105

CHITTENDEN BANK OF VERMONT
_____

(Enter above the full name of the Defendant or
Defendants in this action)

I.   PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts
      involved in this action or otherwise relating to your imprisonment?
      Yes (✓)   No ( )

   B. If your answer to A is Yes, describe each lawsuit in the space below. (If there is
      more than one lawsuit, describe the additional lawsuits on another piece of paper,
      using the same outline).

      1. Parties to this previous lawsuit:

         Plaintiffs:   MANUEL NOBREGA

         Defendants:   MERCHANTS BANK OF VERMONT

(Rev. 10/94)

1

2. Court (if federal court, name the district; if state court, name the county): VERMONT

3. Docket Number: FILE NO. 2:01-CV-91

4. Name of Judge to whom case was assigned: WILLIAM K. SESSIONS, III

5. Disposition (For Example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

6. Approximate date of filing lawsuit: MARCH 2001

7. Approximate date of disposition: —

## II. CONFINEMENT

A. Present Place of Confinement: FT. DIX, NEW JERSEY

B. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

D. If your answer is Yes:

1. What steps did you take? —

2. What was the result? —

E. If your answer is No, explain why not: BECAUSE IT DOES NOT APPLY IN THIS CASE.

## III. PARTIES

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of Plaintiff: MANUEL NOBREGA A/K/A SALVADOR DeNOBREGA
Address: 01941-082 FCI- FT. DIX
P.O. BOX 2000 EAST
FT. DIX, NJ 08640

2

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants).

B. Defendant: CHITTENDEN BANK OF VERMONT is employed as

at_____

C. Additional Defendants:_____ is employed as

at_____

## IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

DEFENDANTS WENT BEFORE A GRAND JURY, AND STATED THAT I USED FALSE IDENTIFICATION TO OPEN ACCOUNT # 340315 9 45, AND THAT I DEPOSITED INTO ACCOUNT A CHECK WHICH I KNEW WAS FORGED AND FRAUDULENTLY OBTAINED. FOR IDENTIFICATION I USED MY VERMONT DRIVERS LICENSE (ISSUED 1993) AND MY SOCIAL SECURITY (# 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) ISSUED IN THE 1950'S. DONALD BEVINS SIGNED THE CHECK, AND WAS PAYING OFF A LOAN. CHITTENDEN BANK OF VERMONT VIOLATED MY CIVIL RIGHTS BY LYING TO A GRAND JURY ABOUT ME.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

DEFENDANTS TO PAY CONPENSATORY AND PUNITIVE DAMAGES.

3

**VI.** **SIGNATURE** (original signature must be on filed complaint)

Signed this __11__ day of __APRIL__, ~~19~~ 2002

MANUEL S. NOSLENS  Manuel S. Mobry
A/K/A SALVADOR  Don OSCAR  Solomon Mobry

_____
(Signature of Plaintiff or Plaintiffs)

I/We declare under penalty of perjury that the foregoing is true and correct.

Executed on: Sworn to and subscribed before me this __17__ day of __April 20 02__

Signed: _Walter T Biederbeck_

WALTER T. BIEDERBECK
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 29, 2006

4